**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

**ORDER**

**(Amended 3/19/20)**

By order issued on March 18, 2020, the Joint Committee of Judicial Administration authorized the Chief Judge to issue orders extending the period during which deadlines are suspended, tolled, and extended for all statutory and rules-based time limits in the D.C. Code, and the Superior Court Rules, during the current judicial emergency and consistent with the best interest of the administration of justice.

By Order of the Chief Judge, the District of Columbia Superior Court is adjusting its operations to address concerns regarding the Coronavirus (COVID19). The court will make additional adjustments as circumstances warrant.

To the extent that a case type has not been identified below, all non-priority matters scheduled before May 15, 2020, will be rescheduled and new dates set; emergency matters will be heard as scheduled by the court and as set forth below.

It is ordered that no attorney or persons should enter the courthouse with symptoms of C0V19.
See https://www.cdc.gov/coronavirus/2019-ncov/about/symptoms.html

Any party may seek relief from these changes by filing a motion with the appropriate court.

**Filings:**

All Divisions and the Family Court will be open for filing of pleadings, motions and new cases with limited staff.  Electronic filing will continue.

The following procedures are in effect through May 15, 2020:

**Suspending, Tolling, and Extending Filing Deadlines:**

Unless otherwise ordered by the court, all deadlines and time limits in statutes, court rules, and standing and other orders issued by the court that would otherwise expire before May 15, 2020 including statutes of limitations, are suspended, tolled, and extended during the period of the current emergency. Such deadlines and time limits may be further suspended, tolled, and extended as circumstances change.

**Court Operations:**

The court will hear only the following matters:

- Felony presentments and misdemeanor arraignments other than citation arraignments;

- Juvenile initial hearings and petitions for writ of habeas corpus;

- Initial hearings and requests of removal in neglect and abuse matters; and

- Emergency matters only.

The following courtrooms will hear matters:

- C-10: Criminal Arraignments and Presentments

- JM-15: Family Court Emergencies, Neglect Initial Hearings, and Juvenile Initial Hearings

- 115: Criminal Division and Domestic Violence Emergencies - other than TPOs emergencies which will be heard via Web Ex, see below

- 516: Civil and Probate and Tax Division Emergencies (Judge in Chambers)

All other matters are continued, parties need not appear and the court will notify parties of new date.

**Additional Matters**:

- All jury trials in progress shall proceed as scheduled.

- The court will still rule on motions and matters that can be decided without a hearing in all Divisions.

- Parties may file, and the court will rule on, applications for waivers of filing fees and other costs.

- The court will accept court-ordered payments by individuals; only payments for criminal matters, except bond payments, can be made electronically. In addition, any obligation of any tenant under a protective order to make payments into the court registry is suspended during the period of the emergency. Tenants should make these payments instead directly to landlords, and a landlord's acceptance of a direct payment will not prejudice the landlord's ability to prosecute the action. If a landlord seeks sanctions for violation of a protective order after the public health emergency ends, the court will consider, in addition to other relevant circumstances, exigent circumstances relating to the public health emergency.

- All evictions of tenants and foreclosed homeowners on or before May 15, 2020 are stayed.

- Extradition matters shall proceed as scheduled.

- Indictments returned by the grand jury shall be received as presented; all matters concerning appearance before the grand jury will be considered as presented.

- Pretrial and Probation show cause hearings and motions to review bond or release conditions may proceed and be heard by the Criminal Division Emergency Judge where appropriate.

- Any existing Temporary Protection Order and Civil Protection Order will remain in effect and will be extended through May 15, 2020 or to the next assigned court date.

- Requests for Temporary Protection Orders will be available through the Emergency Temporary Protection Order (ETPO) Process.  During this emergency operating Court status, the ETPO process will be accessible at any time of the day for situations involving immediate danger.  If you are in immediate danger and call the police (911) or the DC Safe Critical Response Team (800) 407-5048, you will be routed to the ETPO process to determine if you qualify for an Emergency Temporary Protection Order.

- Emergency Filings in Civil Protection Order cases can be made through www.probono.net/dccourts.  You can complete and submit the forms electronically. Once you complete and submit the form, please contact the Clerk's Office to proceed with the filing by phone at (202) 879-0157 or by email at domesticviolencemanagement@dcsc.gov. You can also access the Domestic Violence Division forms on the DC Courts website at http://www.dccourts.gov/services/forms?title=&combine and, after completing the form, email it to domesticviolencemanagement@dcsc.gov.  If there is a form that is not available on the website, please email domesticviolencemanagement@dcsc.gov for further assistance.

- The Marriage Bureau will not be issuing marriage licenses at this time. Wedding ceremonies previously scheduled will not go forward.  If you wish to reschedule your ceremony, please contact the Marriage Bureau at (202) 879-1212.