**Daniel Singer**

---

| | | |
|---|---|---|
| **From:** | Daniel Singer | **EXHIBIT 7** |
| **Sent:** | Tuesday, April 19, 2022 9:14 PM | |
| **To:** | 'janice.stokes@dc.gov' | |
| **Subject:** | Heather Ketten: GL-19-00363 | |
| **Attachments:** | L from DC denying liability.pdf; Ketten docs_ bate stamped (003).pdf | |

Good evening Ms. Stokes,

We are currently in litigation with the federal government regarding my client Heather Ketten (DC ORM Claim# GL-19-00363), who tripped and fell over uneven sidewalk near the intersection of 7th Street, NW and Madison Drive, NW. As you may recall, you wrote my office a letter wherein you denied that the District of Columbia had jurisdiction over this stretch of sidewalk and that the responsible entity was the National Park Service. Your letter, dated March 15, 2019, is attached to this email. Recently, the lawyer for the USA has indicated that your letter is incorrect and that the District of Columbia indeed has responsibility for maintaining the sidewalk on the east and west side of 7th Street, NW at the intersection with Madison Drive, NW.

In support of the USA's contention that the District is responsible for this particular stretch of sidewalk, the lawyer for the USA provided the attached documents showing that the District of Columbia Public Works assumed responsibility for the area in question according to a 1991 memorandum. *See* DOI 0004-0011. Can you please share any details about the investigation that you referenced in your letter to my office which resulted in your arriving at the conclusion that "the section of roadway involved is under the jurisdiction of the National Park Service"?

Thank you very much for your attention to this matter. If I do not hear from you promptly, I may be constrained to amend the lawsuit to add the District of Columbia as a Defendant to determine which entity was responsible for the area in question. Understandably, prior to receiving the recent discovery from the federal government, I had relied on your representation that DC had no responsibility for the area in question and that I should direct the tort claim to the National Park Service, as you indicated in your letter. Should you have any questions or concerns about this matter, please feel free to call me.

Kind regards,
Dan

Daniel Singer
dsinger@tromblylaw.com

Trombly & Singer, PLLC
1825 K St, NW
Suite 1150
Washington, DC 20006
t: (202) 887-5000
f: (202) 457-0343
www.tromblylaw.com

1